

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2014

No. 04-14-00500-CR

Edward **ROMERO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3128
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

The trial court imposed sentence on June 2, 20; Appellant's notice of appeal was due to be filed by July 7, 2014. *See* TEX. R. APP. P. 26.2(a). On July 17, 2014, this court received Appellant's motion for extension of time to file a notice of appeal and the notice of appeal.

Appellant's motion for extension of time to file the notice of appeal is GRANTED; Appellant's notice of appeal is deemed timely filed. *See id.* R. 26.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court